UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 14-465-KKC-CJS

JOHN ROSE                                                                                    PLAINTIFF

v.                                                      **ORDER**

DOCTOR DOUG CRALL, M.D., et al.                                          DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

The Telephonic Status/Scheduling Conference originally set for January, 5, 2017, was canceled by the Court due to a calendar conflict that arose. In anticipation of rescheduling the call, counsel for the Nurse Defendants notified the Court of her limited availability for the month of January. In addition, on January 6, 2017, Plaintiff filed a "Motion for this Court to Enforce its Order where it Ordered Reissuance of Subpoenas to Dr. Rhee and Express Mobile Diagnostic to Supply Plaintiff with his X-rays from 5/7/2014." (R. 115). To provide an opportunity for briefing on Plaintiff's pending Motion and in an effort to accommodate the request of counsel for the Nurse Defendants, the Court will reschedule the telephonic conference for February 3, 2017. The Court will also order expedited briefing on Plaintiff's pending Motion so that the matter can be addressed in the Telephonic Conference. Accordingly,

**IT IS ORDERED** that:

1. a Telephonic Status Conference will be held on **Friday, February 3, 2017, at 10:30 a.m.**, to discuss the status of the case and hear argument on Plaintiff's pending Motion. All parties or their counsel shall participate in this call. The Court will initiate the call utilizing the contact

information from the October 12, 2016, telephonic conference for Attorneys Stafford Easterling, III and Megan Pullem O'Reilly, and has made arrangements with personnel at Northpoint Training Center for Plaintiff's participation. If counsel should require a different telephone number be used for the conference call, they must alert chambers, via email to smith_chambers@kyed.uscourts.gov, no later than noon on February 2, 2017.

      2.      The Defendants shall file a Response to the pending Motion (R. 115) no later than **January 24, 2017.** Plaintiff will have until **January 31, 2017**, to file his Reply.

Signed this 9th day of January, 2017.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil lexington\2014\14-465 Order resched ph status & sched. conf.wpd